In the Matter of the Petition of JOHN B. TUTHILL et al., Appellants, for the Appointment of Commissioners to Drain Certain Lands in the Towns of Chester and Blooming Grove, in the County of Orange.

JOHN J. HALLIHAN et al., Respondents.

Reported below. 36 App. Div. 492.
(Submitted February 5, 1900; decided February 13, 1900.)

MOTION to prefer an appeal from a judgment and order of the Appellate Division of the Supreme Court in the second judicial department, entered January 30, 1899, reversing an order of the county judge of Orange county confirming certain assessments and the judgments duly entered on such order, and vacating and setting aside the proceedings.

The motion was made upon the grounds that the judgment of the Appellate Division declared a legislative enactment unconstitutional, and that the speedy hearing and determination of the appeal is of public importance.

*T. V. Sanford* for motion.

No one opposed.

.Motion to prefer granted.